# EXHIBIT 1



Adam Russell <adam@russ911.com>

## Dae Kim Travel Request
1 message

**Dae Kim**  @gmail.com>          Tue, Dec 3, 2024 at 11:46 AM
To: adam@russ911.com

Hello Mr Russell

I am submitting a request to travel to Florida from <u>Sunday December 22, 2024</u> to <u>Friday December 27, 2024</u> to visit my girlfriend's family for the christmas holiday which includes my flight Itinerary along with the location i will be residing for the duration of my trip

The residence I will be residing at during the duration of my trip will be located at

█████████████
█████████ FL 32735

I had to order 2 one-way tickets (1 from Boston to Orlando) and another (1 from Orlando to Boston due to pricing

Here are the screenshot for my one-way trip from Boston to Orlando on December 22, 2024



Here is the other screenshot for my flight back on December 27, 2024 on Friday



Please reach out anytime if you have any questions or concerns at ▇▇▇▇▇▇▇ or at ▇▇▇▇▇@gmail.com or if you are unable to view my 2 screenshots of my flight itinerary.

Thank you!