UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-40032-MRG |
| | ) | |
| DAE SUNG KIM, | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 2428(a), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.   A proposed Final Order of Forfeiture is submitted herewith.   In support thereof, the United States sets forth the following:

1.      On August 22, 2025, in connection with the charges against the defendant Dae Sung Kim (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C. § 2428(a), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a)      iPhone 15 Pro (Serial # CM9TM4Y3WY)

(the "Property").   *See* Docket No. 44.

2.      Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on September 6, 2025 and ending on October 5, 2025.   *See* Docket Nos. 48, 49.

3.      No claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of

Forfeiture against the Property in the form submitted herewith.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:     */s/ Brendan T. Mockler*
        BRENDAN DAMIEN O'SHEA
        JAMES J. NAGELBERG
        BRENDAN T. MOCKLER
        Assistant United States Attorneys
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
Dated: April 10, 2026                brendan.mockler@usdoj.gov

2